UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR05-200-JCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| HUNG PHI NGUYEN, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| _____ | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on January 10, 2006. The United States was represented by AUSA Leonie Grant and the defendant by Nancy Tenney. The proceedings were digitally recorded.

Defendant had been sentenced on or about September 9, 1999 by the Honorable James A. Redden of the District of Oregon on a charge of Bank Fraud and sentenced to 2 Months Custody, 5 years Supervised Release. (Dkt. 3).

The conditions of supervised release included the standard conditions plus the requirement that defendant adhere to a home detention program for two months, and make restitution in the amount of $26,119.26.

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE
AS TO ALLEGED VIOLATIONS OF SUPERVISED
RELEASE
PAGE -1

01       According to the docket of the United States District Court for the District of Oregon, on

02 September 19, 2002 the defendant admitted to violation of the terms of supervised release and was

03 sentenced to 8 months in custody, followed by 50 months supervised release.  Supervised release

04 was again revoked on September 9, 2003, and the defendant was sentenced to 6 months in

05 custody, followed by 44 months supervised release.  Mr. Nguyen's supervision was transferred

06 to this District on August 19, 2004. (Dkt. 1)

07       In an application dated October 12, 2005, Senior U.S. Probation Officer Jennifer J. Tien

08 alleged the following violation of the conditions of supervised release:

09       1.    Using cocaine on or before September 28, 2005 and October 3, 2005 in violation

10 of standard condition #7.

11       2.    Failing to report for urinalysis testing on September 6 and 28, 2005 and October

12 11, 2005 in violation of the special condition of drug aftercare.

13       3.    Failing to participate in drug treatment/counseling as directed by his probation

14 officer, in violation of the special condition of drug aftercare.

15       4.    Failing to report to the U.S. Probation Office, as instructed on October 12, 2005

16 in violation of standard condition #2. (Dkt. 4).

17       In an application dated November 10, 2005, Senior U.S. Probation Officer Jennifer J. Tien

18 alleged the following violation of the conditions of supervised release:

19       5.    Being arrested on October 26, 2005 by Seattle Police and charged with possession

20 of a stolen vehicle, in violation of the general condition that the defendant not commit any new

21 federal, state or local crimes.

22       6.    Being arrested on October 26, 2005 by Seattle Police and charged with possession

of stolen property, in violation of the general condition that the defendant not commit any new federal, state or local crimes.

7.	Being arrested on October 26, 2005 by Seattle Police and charged with possession of crack cocaine in violation of the general condition that the defendant not commit any new federal, state or local crimes and that he not illegally possess a controlled substance.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted each of the alleged violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Coughenour.

Pending a final determination by the Court, defendant has been detained.

DATED this  10th  day of January, 2006.

_____
Mary Alice Theiler
United States Magistrate Judge

cc:	District Judge:		Honorable John C. Coughenour
	AUSA:			Leonie Grant
	Defendant's attorney:	Nancy Tenney
	Probation officer:	Jennifer J. Tien